## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**RAGHVENDRA SINGH,**

CASE NO: **2:23–CV–00054–DAD–KJN**

v.

**CITY OF PLACERVILLE, ET AL.,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 4/17/2023**

**Keith Holland**
Clerk of Court

ENTERED: **April 17, 2023**

by: /s/ J. Donati
Deputy Clerk